LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:08-CV-00987-OWW-GSA |
|---|---|
| Plaintiff, | **ORDER CONTINUING TRIAL AND RELATED DATES AND EARLY SETTLEMENT CONFERENCE** |
| v. | |
| APPROXIMATELY $19,608.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the stipulated request entered into and between the parties and submitted to this Court, the following discovery and trial dates have been extended as follows:

| Event | Deadline |
|---|---|
| Non-Expert Discovery Deadline | November 20, 2009 |
| Expert Witness Exchange Deadline | February 19, 2010 |
| Filing Deadline for Non-Dispositive Motions | March 5, 2010 |
| Discovery Cut-Off | March 19, 2010 |
| Settlement Conference | March 25, 2010 |
| Filing Deadline for Dispositive Motions | April 9, 2010 |
| Non-Dispositive Motions Hearing | April 16, 2010 |
| Dispositive Motions Hearing | May 17, 2010 |
| Pre-Trial Conference | June 21, 2010 |
| Trial | August 3, 2010 |

STIPULATED REQUEST FOR CONTINUATION OF TRIAL AND
RELATED DATES AND EARLY SETTLEMENT CONFERENCE

1  **IT IS SO ORDERED.**

2  Dated: 6/26/2009                                           /s/ OLIVER W. WANGER
                                                              OLIVER W. WANGER
3                                                             United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR CONTINUATION OF TRIAL AND
RELATED DATES AND EARLY SETTLEMENT CONFERENCE         2